■ In the Matter of the Appointment of a Committee for ANNA RICHTER. CHRISTINA REEDMAN, Appellant; ALICE R. RUSSO, Respondent. — Order of the Supreme Court, New York County (Blangiardo, J.), dated December 8, 1981, affirmed insofar as appealed from, with $50 costs and disbursements. No opinion. (The appeal was transferred to this court by order of the Appellate Division, First Department, dated May 25, 1982.) Mangano, J. P., Gibbons, O'Connor and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BISHOP, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Alter, J., at the trial; Mangano, J., at sentencing), rendered April 12, 1973, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. We have reviewed the record on this appeal and conclude that there are no meritorious grounds which could be raised (see *Anders v California,* 386 US 738; cf. *People v Gonzalez,* 47 NY2d 606). Assigned counsel is granted leave to withdraw. Titone, J. P., Lazer, Brown and Niehoff, JJ., concur.